IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------------X

**PREFERRA INSURANCE COMPANY RISK RETENTION GROUP,**

     **Plaintiff,**

    vs.

**NATIONAL ASSOCIATION OF SOCIAL WORKERS, INC., NASW ASSURANCE SERVICES, INC., and NASW INSURANCE COMPANY, INC.,**

     **Defendants.**

-------------------------------------------------------------------------X

**Case No.: 1:24-cv-02689 (ABJ)**

## DEFENDANTS NATIONAL ASSOCIATION OF SOCIAL WORKERS, INC., NASW ASSURANCE SERVICES, INC., and NASW INSURANCE COMPANY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)

Plaintiff Preferra Insurance Company Risk Retention Group filed its Complaint against Defendants National Association of Social Workers, Inc. ("NASW"), NASW Assurance Services, Inc. ("ASI"), and NASW Insurance Company, Inc. ("NASWIC") (collectively, the "Defendants"), alleging unfair competition/false advertising under the Lanham Act, breach of contract, breach of the covenant of good faith and fair dealing, tortious interference with business relations, and declaratory judgment. Defendants respectfully move for dismissal of all Plaintiff's claims against them, in their entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

In support of this motion, Defendants submit the enclosed memorandum of points and authorities, Declaration of Richard W. Boone Jr. with relevant exhibits, and a proposed order.

1

Dated: New York, New York
       December 17, 2024

Respectfully submitted,

*/s/ Richard W. Boone Jr.*
Richard W. Boone Jr., D.C. Bar No. 478545
Siobhán A. Mueller (*pro hac vice*)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
150 E. 42nd Street
New York, NY 10017
Tel. (212) 490-3000
richard.boone@wilsonelser.com
siobhan.mueller@wilsonelser.com

***Attorneys for Defendants***