**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------------X

**PREFERRA INSURANCE COMPANY RISK RETENTION GROUP,**

      **Plaintiff,**

   vs.

**NATIONAL ASSOCIATION OF SOCIAL WORKERS, INC., NASW ASSURANCE SERVICES, INC., and NASW INSURANCE COMPANY, INC.,**

      **Defendants.**

-------------------------------------------------------------------------X

**Case No.: 1:24-cv-02689 (ABJ)**

### DECLARATION OF RICHARD W. BOONE JR. IN SUPPORT OF DEFENDANTS NATIONAL ASSOCIATION OF SOCIAL WORKERS, INC., NASW ASSURANCE SERVICES, INC., and NASW INSURANCE COMPANY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)

Richard W. Boone Jr., under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for Defendants National Association of Social Workers, Inc. ("NASW"), NASW Assurance Services, Inc. ("ASI"), and NASW Insurance Company, Inc. ("NASWIC") (collectively, the "Defendants"). As such, I am fully familiar with the facts and circumstances of this matter as contained in the files maintained regarding this matter, and the prior pleadings and proceeding herein.

2. I submit this declaration with the attached exhibits, along with the accompanying memorandum of points and authorities and proposed order.

1

2

3. A true and accurate copy of the Management and Administrative Services Agreement between ASI and NASW Risk Retention Group, Inc. ("NASWRRG"), effective July 1, 2018, is annexed hereto as **Exhibit 1**.

4. A true and accurate copy of the Administrative Services Agreement between ASI and NASWRRG, effective June 1, 2022, with amendments, is annexed hereto as **Exhibit 2**.

5. A true and accurate copy of the Quota Share Reinsurance Agreement between NASWIC and NASWRRG is annexed hereto as **Exhibit 3**.

6. A true and accurate copy of the Excess of Loss Reinsurance Agreement between NASWIC and Preferra Insurance Company Risk Retention Group is annexed hereto as **Exhibit 4**.

Executed on this 17th day of December 2024, at New York, New York.

*/s/ Richard W. Boone Jr.*
Richard W. Boone Jr., D.C. Bar No. 478545