# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PREFERRA INSURANCE COMPANY RISK RETENTION GROUP, *Plaintiff*, v. NATIONAL ASSOCIATION OF SOCIAL WORKERS, INC., *et al.* *Defendants.* | Civil Action No. 24-2689 (SLS) Judge Sparkle L. Sooknanan |

## STIPULATION OF DISMISSAL

The parties stipulate, pursuant to Federal Civil Rules 41(a)(1)(A)(ii) and 41(c), to the voluntary dismissal of this action with prejudice, with the parties bearing their own costs, expenses, and attorney fees.

Dated: July 31, 2025

*/s/ Kevin M. Henry*
Kevin M. Henry (D.C. Bar No. 472167)
**PRIMMER PIPER EGGLESTONE & CRAMER PC**
30 Main Street, Suite 500
P.O. Box 1489
Burlington, VT 05402-1489
Tel: (802) 864-0880
khenry@primmer.com

*Counsel for Plaintiff and Counter-Defendant*

*/s/ Joseph L. Meadows*
Joseph L. Meadows (D.C. Bar No. 467441)
Clair E. Wischusen (D.C. Bar No. 90004397)
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: (202) 399-1099
jmeadows@grsm.com
cwischusen@grsm.com

*Counsel for Defendants and Counter- and Third-Party Plaintiffs*

*/s/ Stephen C. Leckar*
Stephen C. Leckar (D.C. Bar No. 281691)
William P. McGrath, Jr. (D.C. Bar No. 422160)
**KALBIAN HAGERTY LLP**
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
Tel: (202) 223-5600
sleckar@kalbianhagerty.com
wmcgrath@kalbianhagerty.com

*Counsel for Third-Party Defendant*